Alisud-Gesac Handling-Servisair 2 SCARL v. United States Al-Gaysi